IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL ORLANDO ZORILLA, | : | CIVIL ACTION NO. **1:CV-01-0951** |
| Petitioner | : | (Judge Rambo) |
| v. | : | (Magistrate Judge Blewitt) |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| Respondent | : | |

FILED
SCRANTON
JUN 5 2001
PER _____
DEPUTY CLERK

### ORDER

On May 25, 2001, the above-captioned habeas corpus action was transferred to this district from the United States District Court for the Southern District of New York. A review of the filings to date reveals that Petitioner has neither filed an application for leave to proceed *in forma pauperis* nor paid the $5.00 filing fee. Petitioner will be afforded an opportunity to do so.

AND NOW, this 5 day of **June, 2001**, IT IS HEREBY ORDERED THAT:

1. Within **ten (10) days** from the date of this Order, Petitioner shall file with this Court either an application for leave to proceed *in forma pauperis* or the $5.00 filing fee for habeas corpus cases.

2. Failure to do so will result in a recommendation that the action be dismissed.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: June 5, 2001