Daniel Orlando Zorilla
CTY-YORK
York County Prison
YCP #53967
3400 Concord Road
York, PA 17402

A 14339004    5/0/9

Re: 1:01-cv-00951



Please file all pleadings directl[y]
the assigned Judge is located. D[o]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

---

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Manni[on]
Magistrate Judge Thomas M. Blewit[t]

---

Judge James F. McClure
Judge Malcolm Muir

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
SCRANTON
JUN 19 2001

OPEN IN PRESENCE OF INMATE
DEPUTY CLERK

RETURN TO SENDER:
☐ No forwarding address
☐ Unauthorized items
☐ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
– UNABLE TO FORWARD

RTS
RETURN TO SENDER