7
7/16/01
MA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ORLANDO ZORILLA, | CIVIL NO. 1:CV-01-0951 |
| Petitioner | (Judge Rambo) |
| v. | (Magistrate Judge Blewitt) |
| IMMIGRATION AND NATURALIZATION SERVICE, et al., | |
| Respondents | |

FILED
HARRISBURG, PA
JUL 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

<u>O R D E R</u>

Before the court is a report of the magistrate judge to whom this matter was referred recommending that the petition for writ of habeas corpus be dismissed as moot as Petitioner has been deported. Upon consideration of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

    2) The petition for writ of habeas corpus is dismissed as moot.

    3) This court declines to issue a certificate of appealability.

    4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: July 16, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 16, 2001

Re:  1:01-cv-00951    Zorilla v. I.N.S.


True and correct copies of the attached were mailed by the clerk to the following:

```
Daniel Orlando Zorilla
CTY-YORK
York County Prison
YCP #53967
3400 Concord Road
York, PA  17402
```

```
cc:
Judge                           (X)  Rambo          ( ) Pro Se Law Clerk
Magistrate Judge                (X)  Blewitt        ( ) INS
U.S. Marshal                    ( )                 ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   (X)
Federal Public Defender         ( )
Summons Issued                  ( )  with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( )  with Petition attached & mailed certified mail
                                     to: US Atty Gen   ( )    PA Atty Gen   ( )
                                         DA of County  ( )    Respondents   ( )
Bankruptcy Court                ( )
Other_____     ( )
```

MARY E. D'ANDREA, Clerk

DATE: July 16th, 2001                              BY: _____
                                                       Deputy Clerk