

Daniel Orlando Zorilla
CTY-YORK
York County Prison
YCP #53967
3400 Concord Road
York, PA  17402


Re: 1:01-cv-00951

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL ORLANDO ZORILLA, | : CIVIL NO. 1:CV-01-0951 |
| Petitioner | : (Judge Rambo) |
| v. | : (Magistrate Judge Blewitt) |
| IMMIGRATION AND NATURALIZATION SERVICE, et al., | : |
| Respondents | : |

FILED
HARRISBURG, PA

JUL 16 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

**ORDER**

Before the court is a report of the magistrate judge to whom this matter was referred recommending that the petition for writ of habeas corpus be dismissed as moot as Petitioner has been deported. Upon consideration of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

    1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

    2) The petition for writ of habeas corpus is dismissed as moot.

    3) This court declines to issue a certificate of appealability.

    4) The Clerk of Court shall close the file.

SYLVIA H. RAMBO
United States District Judge

Dated: July 16, 2001.